

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

BRYANT KIRK                                                                 PLAINTIFF

VS.                                            CIVIL ACTION NO. 2:04-CV-241-MTP

RONNIE WHITE, M.D., et al,                                          DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on Motion of Defendants Ronnie White, M.D., Jerry W. Welch, M.D., and Gail Williams, M.D., for Summary Judgment [29], and the issues having been considered and a decision having been rendered by separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That Defendants' Motion for Summary Judgment is GRANTED, and Plaintiff's Complaint against Defendants is DISMISSED with prejudice, and

That all other pending motions are dismissed as moot.

SO ORDERED AND ADJUDGED this the 11th day of September, 2006.

_____
United States Magistrate Judge